IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:09CR196 |
| | § | Judge Crone |
| DECARLOS DANYELLE PAUL | § | |
| STEVENSON (1) | § | |
| a.k.a. "Big Los" | § | |
| VERNETTE LYNNE EDWARDS (2) | § | |
| NINA LOVE HARDMAN (4) | § | |

### ORDER UNSEALING FIRST SUPERSEDING INDICTMENT

On this day came on to be considered the Government's Motion to Unseal First Superseding Indictment as per defendants DECARLOS DANYELLE PAUL STEVENSON, VERNETTE LYNNE EDWARDS and NINA LOVE HARDMAN in the above captioned matter, and upon consideration of the same, the Court is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that Indictment as per defendants DECARLOS DANYELLE PAUL STEVENSON, VERNETTE LYNNE EDWARDS and NINA LOVE HARDMAN in the above captioned matter is unsealed.

**SIGNED this 23rd day of November, 2009.**

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE